IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| Gary Lee Beatty, Jr. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FNU Warren, et. al., )<br>)<br>Defendants. )<br>_____ ) | Civil Case No. 1:22-CV-105 |

## CLERK'S TAXATION OF COSTS

This matter is before the Clerk on a Bill of Costs filed by Plaintiff. Pursuant to Rule 54 of the Federal Rules of Civil Procedure, prevailing parties may be entitled to an award of certain costs incurred in a case. Local Rule 54 in this District allows a prevailing party to request the Clerk of Court to tax allowable costs, other than attorney fees, in a civil action as part of a judgment or decree.

On September 23, 2024, this Court granted summary judgment in favor of the sole remaining defendant, Donald Grindstaff and a final judgment consistent with that Order was entered. As such, the Plaintiff is not the prevailing party and not entitled to any costs associated with this case.

It is hereby **ORDERED** that Plaintiff's request for costs is **DENIED**.

Signed: October 29, 2024

Katherine Hord Simon, Clerk
United States District Court